UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 13-696-CJC (PJW) | Date | August 7, 2015 |
|---|---|---|---|
| Title | *Ivannoe Moringlane v. Carolyn W. Colvin, Acting Commissioner* | | |

Present: The Honorable    Patrick J. Walsh, Magistrate Judge

| Isabel Martinez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:                   Attorneys Present for Defendant:

None                                                        None

**Proceedings:**          Order to Show Cause (IN CHAMBERS)

The Court sets an Order to Show Cause hearing for Monday, August 17, 2015, at 3:00 p.m. Plaintiff and Defendant's counsel may appear at the hearing by telephone by calling 213-894-0800 and entering the following passwords:   Meeting ID: 7002#   User Password:  0462#

At the hearing, Plaintiff will be required to explain why he has failed to prosecute this action in a timely manner and why the Court should not dismiss the action for his failure to do so.

cc:

Ivannoe Moringlane                          Jeffrey T. Chen
17486 Sequoia, Apt. 1                       SAUSA - Social Security Administration
Hesperia, CA 92345                          Office of the General Counsel
                                            160 Spear Street, Suite 800
also mailed to:                             San Francisco, CA 94105

15140 Condor Rd.
Victorville, CA 92394

                                                            :

Initials of Preparer          pjw

S:\PJW\Cases-Social Security\MORINGLANE, 696\MO_OSC2.wpd