JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVANNOE MORINGLANE, ) | Case No. ED CV 13-696-CJC (PJW) |
| ) | |
| Plaintiff, ) | |
| ) | J U D G M E N T |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| ACTING COMMISSIONER OF THE ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Pursuant to the Order Accepting Final Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the action dismissed with prejudice.

    DATED: <u>April 29. 2016</u>

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE